# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.                                    CASE NO. 24-CR-10133-EFM

**LAYRON DWANNIE DEJARNETTE, III,**

        Defendant.

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

**ATTEMPTED POSSESSION WITH THE INTENT
TO DISTRIBUTE COCAINE
[21 U.S.C. §§ 841(a) and 846]**

On or about October 30, 2024, in the District of Kansas, the defendant,

**LAYRON DWANNIE DEJARNETTE, III,**

did unlawfully, knowingly, and intentionally attempt to possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(C) and 846.

## COUNT 2

**USE OF COMMUNICATION FACILITY TO FACILITATE DRUG TRAFFICKING CRIME**
**[21 U.S.C. § 843(b)]**

On or about October 30, 2024, in the District of Kansas, the defendant,

**LAYRON DWANNIE DEJARNETTE, III,**

did knowingly and intentionally use a communication facility, to wit: a cellular telephone, in committing, causing, and facilitating any act or acts constituting a felony under Title 21, United States Code, Sections 841(a) and 846, that is, the attempted distribution of cocaine.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 3

**INTERSTATE AND FOREIGN TRAVEL OR TRANSPORATION IN AID OF RACKETEERING ENTERPRISES**
**[18 U.S.C. § 1952(a)(3)]**

On or about October 30, 2024, in the District of Kansas and elsewhere, the defendant,

**LAYRON DWANNIE DEJARNETTE, III,**

did travel in interstate commerce, that is, he traveled from the State of Arizona to the State of Kansas, with the intent to promote and facilitate the promotion,

management, establishment, and carrying on of an unlawful activity, that being, the attempted distribution of cocaine in violation of Title 21, United States Code, Sections 841 and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(3).

A TRUE BILL.

November 13, 2024        s/Foreperson
DATE        FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Matt Treaster
Matt Treaster
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: matt. treaster@usdoj.gov
Ks. S. Ct. No. 17473

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

### Count 1 (21 U.S.C. § 841(b)(1)(C))

- Punishable by a term of imprisonment of up to twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of at least three (3) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

If the defendant commits such a violation after a prior conviction for a felony drug offense has become final, the penalties are:

- A term of imprisonment of up to thirty (30) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of up to six (6) years.  21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $2 million.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

### COUNT 2 (21 U.S.C. § 843(b) and 846)

- Punishable by a term of imprisonment of not more than four (4) years.  21 U.S.C. § 843(d)

- A term of supervised release of up to one (1) year.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  21 U.S.C. § 843(d).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for the same offense, the penalties are:

- A term of imprisonment of not more than eight (8) years.  21 U.S.C. § 843(d).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  21 U.S.C. § 843(d).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

### COUNT 3 (18 U.S.C. § 1952(a)(3))

- Punishable by a term of imprisonment of not more than five (5) years.  18 U.S.C. § 1952(a)(3)

- A term of supervised release of up to three (3) years.  18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.